LUHMAN, Respondent, v. NEW YORK, W. & B. R. CO., Appellant. (Supreme Court, Ap-

pellate Division, Second Department. April 16, 1915.) Action by William Luhman against the New York, Westchester & Boston Railway Company. No opinion. Judgment affirmed, with costs, upon authority of Luhman v. New York, Westchester & Boston Railroad Co., 163 App. Div. 964, 148 N. Y. Supp. 1127.